IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 02-cv-00671-ZLW-BNB

DIANNE C. McINNIS,

     Plaintiff,

v.

FAIRFIELD COMMUNITIES, INC., d/b/a
FAIRFIELD RESORTS, INC., a Delaware corporation,

     Defendant.

## ORDER

In accordance with the August 14, 2006, decision of the Tenth Circuit Court of Appeals, it is

ORDERED that the Minute Order filed August 12, 2004 (Doc. No. 182) is vacated to the extent that it denied Plaintiff's request to file a reply brief regarding her Motion For Attorneys' Fees And Expert Witness Fees. It is

FURTHER ORDERED that Plaintiff may file a reply brief addressing the issue of attorneys' fees on or before October 6, 2006. The Court then will reconsider the August 19, 2004, Order regarding attorneys' fees in light of Plaintiff's reply brief. It is

FURTHER ORDERED that the Court's ruling issued from the bench during trial on June 24, 2004, denying front pay damages to Plaintiff is vacated. It is

FURTHER ORDERED that front pay is awarded to Plaintiff, and counsel for the parties shall meet and confer on or before September 22, 2006, to attempt to reach an agreement as to the appropriate amount of front pay. It is

FURTHER ORDERED that counsel shall file a joint status report concerning front pay on or before October 6, 2006. It is

FURTHER ORDERED that the Court's Order requiring each party to pay her or its own costs, which Order is contained in the Order And Judgment filed August 12, 2004 (Doc. No. 181), is vacated. It is

FURTHER ORDERED that Plaintiff is awarded her costs pursuant to Fed. R. Civ. P. 54(d), and she shall file a bill of costs on or before September 22, 2006, pursuant to D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this  14  day of September, 2006.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court