IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-00671-ZLW-BNB

DIANNE C. McINNIS,

    Plaintiff,

v.

FAIRFIELD COMMUNITIES, INC., d/b/a
FAIRFIELD RESORTS, INC., a Delaware corporation,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on Plaintiff's Second Motion For Discovery RE: Plaintiff's Motion For Attorneys' Fees (Doc. No. 215).  The Court previously denied Plaintiff's Motion For Discovery on August 11, 2004 and the United States Court of Appeals for the Tenth Circuit upheld this Court's decision.[1]

    After reviewing Plaintiff's current motion, the Court finds it almost identical to the previously denied motion with the exception of added footnote 2 and some additional language in paragraph 6.  The Court finds footnote 2 simply restates an argument that already appears in paragraph 7, and the language added to paragraph 6 does not present any additional arguments this Court did not already consider when ruling on the previous motion.  Accordingly, it is

---

[1] McInnis v. Fairfield Communities, Inc., 458 F.3d 1129, 1146-47 (10th Cir. 2006) ("We . . . cannot say that the district court abused its discretion by denying [Plaintiff's] motion to compel discovery of this evidence").

ORDERED that Plaintiff's Second Motion For Discovery RE: Plaintiff's Motion For Attorneys' Fees (Doc. No. 215) is denied.

Dated at Denver, Colorado, this   27   day of October, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court