IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-00671-ZLW-BNB

DIANNE C. MCINNIS,

Plaintiff,

v.

FAIRFIELD COMMUNITIES, INC., d/b/a FAIRFIELD RESORTS, INC., a Delaware corporation,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 17, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 3, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge